JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER PELLECER, | ) Case No. CV 16-337-JLS (SP) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| JIM McDONNELL, Sheriff, | ) |
| Respondent. | ) |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 23, 2016

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE